THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* PATRICK HENNESSY *v.* THE SAME — Order reversed, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* DANIEL MCGRATH *v.* THE SAME. — Order reversed, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* LIZUCHS *v.* THE SAME. — Order reversed, with ten dollars costs.

HERMON L. THIEME, *Administrator, etc., Respondent v.* CHARLES BETHON, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

CAROLINE J. LIEGEOIS, *Respondent, v.* JOHN MCCRACKAN, *Appellant* — Order denying final judgment affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; GILBERT J., not sitting.

GEORGE H. SMITH and WILLIAM H. CARR, *Respondents, v.* SARAH A. L. PALMER, *Appellant.* — Order continuing injunction affirmed, with costs and disbursements. Opinion by GILBERT J.; DYKMAN, J., not sitting.

MARY SCHLICHTING, *Administratrix, etc., Appellant, v.* LEVI WINTJEN, *Respondent.* — Papers not submitted.

IN THE MATTER OF THE APPLICATION OF THE TRUSTEES OF COMMON LANDS OF THE TOWN OF GRAVESEND TO LEASE LOTS ON CONEY ISLAND. — Order reversed, with ten dollars costs and disbursements. Opinion by BARNARD, P. J.

IN THE MATTER OF THE APPLICATION OF ANDREW WISSEL and others, *Appellants, v.* THE BOARD OF HEALTH IN THE CITY OF BROOKLYN and JAMES CRANK, *the Commissioner of said Board of Health, Respondents.* — Order denying *mandamus* affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.

PATRICK MCKETRICK, *Appellant, v.* GEORGE JEWELL, *Respondent.* — Judgment of County Court reversed, and judgment of justice affirmed, with costs. Opinion by BARNARD, P. J.

FRANCIS B. WALLACE, *Respondent, v.* ROBERT H. BERDELL, *Appellant.*

AMBROSE S. MURRAY, *Respondent, v.* ROBERT H. BERDELL, *Appellant.* — Ordered, that the case be corrected, and motion for re-argument denied, and orders to be settled by GILBERT, J.; BARNARD, P. J., not sitting.

JAMES R. WILTSIE, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction affirmed. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.

JANE A. SMITH, *Administratrix, etc., Appellant, v.* PERRY LOUCKS, *Respondent.* — Judgment reversed, and new trial granted, costs to abide event. Order of reference vacated. Opinion by BARNARD, P. J.

CHARLES J. QUIMBY, *Respondent, v.* HORACE B. CLAFLIN and others, *Appellants.* — Judgment reversed, and new trial granted,